The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILLY SABLOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN F. KELLY, et al., <br><br> Defendants. | CASE NO. 2:17-cv-00183-JLR <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE |

## JOINT STIPULATION

The parties stipulate and agree that this matter may be dismissed without prejudice and without costs or fees to either party and that this matter may be remanded to USCIS for the agency to issue a decision within sixty days of the date of an order dismissing this matter.

[Proposed] Order of Dismissal
2:17-cv-00183-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated this 12th day of April, 2017.<br><br>Law Offices of Bart Klein<br><br>*s/ Bart Klein*<br>BART KLEIN, WSBA No. 10909<br>Law Offices of Bart Klein<br>605 First Avenue South, Suite 500<br>Seattle, Washington 98104<br>Phone: 206-624-3787<br>Email: bart.klein@bartklein.com<br><br>Attorney for Plaintiff | Dated this 12th day of April, 2017.<br><br>ANNETTE L. HAYES<br>United States Attorney<br><br>*s/ Sarah K. Morehead*<br>SARAH K. MOREHEAD, WSBA No. 29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: sarah.morehead@usdoj.gov<br><br>Attorney for Defendants |

## ORDER

The parties having so stipulated, IT IS SO ORDERED that this case is dismissed without prejudice and without costs or fees to either party. ~~and remanded to USCIS for the agency to issue a decision within sixty days of the date of this order.~~ The court declines to "remand" the matter to USCIS because it lacks the authority to do so. /JLR/

Dated this 12th day of April, 2017.

*[signature]*
JAMES L. ROBART
United States District Judge

[Proposed] Order of Dismissal
2:17-cv-00183-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970